UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA

JOHN DOE, *et al.*,                    )   3:18-cv-00018-LRH-WGC
                                       )
           Plaintiffs,                 )   **MINUTES OF THE COURT**
     vs.                               )
                                       )   January 23, 2018
BRENT OESTERBLAD,                      )
                                       )
           Defendant.                  )
_____)

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court's docket reflects the filing of Defendant's Motion to Seal Records and Request for Sanctions (ECF No. 16). Defendant is reminded of the obligation to comply with LR IC 2-2(g), which provides:

> Paper Copies for Chambers. Unless the presiding judge orders otherwise, a filer must provide to chambers a paper copy of all electronically filed documents that exceed 50 pages in length, including exhibits or attachments. Paper copies must be appropriately tabbed. *See* LR IA 10-3(I).

**IT IS SO ORDERED.**

                                   DEBRA K. KEMPI, CLERK

                                   By:    /s/
                                         Deputy Clerk